UTICA,
August, 1823.

BAY
v.
GILLILAND.

**BAY** and **BAY**, administrators of **BAY**, *against* **GILLILAND**.

**DICKENSON** *against* **THE SAME**.

*Where a sale of lands was made, and a certificate thereof given, under two executions, one of which was afterwards set aside, and the monies ordered to be applied on the other; notwithstanding which the sheriff, by mistake, made and recorded a deed to the purchaser under both, but which had not been actually delivered; and he afterwards executed a deed, as under the valid execution, to the same purchaser; on motion, upon due notice to the defendant, it was ordered that the first deed be set aside.*

*But the court refused a rule declaring the 2d deed valid, as this followed from setting aside the first.*

ON the 3d of *July*, 1821, a sale of certain of the defendant's lands, in *Clinton* county, took place, under the executions in these causes, which were purchased by *Dickenson*, at $1750. The judgment, in the first cause, was docketed *Aug.* 16th, 1798—in the second cause, *May* 15th, 1798. The certificate of sale was given under both judgments. The execution, in the first cause, was for $1704,68, besides Sheriff's fees. At *August* term, following the sale, this Court, on motion, set it aside, so far as it was under the execution in the second cause, and ordered the money to be applied upon the execution in the first cause. A copy of the rule was served upon the Sheriff; but he forgot it, and made out a deed to *Dickenson*, under both executions, and put it on record. It was never delivered to *Dickenson*; and, on perceiving his mistake, the Sheriff, in *June* last, executed a new deed, under the execution in the first cause, which was delivered to *Dickenson*. And now, on papers which had been served upon the defendant, and on motion of Mr. *Mitchell*, in behalf of Mr. *Dickenson*, the motion not being opposed,

*The Court* directed the following rule to be entered:

"ORDERED, That the deed, executed by *Caleb Luther*, Sheriff of *Clinton* county, to John D. *Dickenson*, in pursuance of a sale made under executions issued on the judgments in the above causes, and recorded in the Clerk's office of said county, in *Liber* H, of deeds, pages 25, 26 and 27, be set aside as irregular."

NOTE. The Court were moved for an order validating and confirming the last deed; but,

*Per Curiam.* We deem this unnecessary. It follows from the order setting aside the first deed.